**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **AMEER ALKAYALI, et al.,** | ) | **CASE NO. 1:25CV983** |
| | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **ERIC KALER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court has entered its Opinion and Order granting Defendants' Motion to Dismiss (ECF DKT #11) in the above-captioned matter.  Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

**DATE:  March 5, 2026**

  s/Christopher A. Boyko
**HONORABLE CHRISTOPHER A. BOYKO**
**UNITED STATES DISTRICT JUDGE**