**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| AMEER ALKAYALI, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ERIC KALER, *et al.*, <br><br> Defendants. | Case No: 1:25-cv-00983 <br><br> Judge Christopher A. Boyko <br><br><br> **Notice of Appeal** |

Plaintiffs Ameer Alkayali, Weillin Feng and Kevin Kennelly, by and through undersigned counsel, hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this case on March 5, 2026 (Doc. 17) and all orders that merge into that final judgment, including the district court's Opinion and Order (Doc. 16) granting Defendants' motion to dismiss (Doc. 11).

Respectfully submitted,

*/s/ Zoran Balac*
Peter Pattakos (0082884)
*peter@pattakoslaw.com*
Gregory Gipson (0089340)
*ggipson@pattakoslaw.com*
Zoran Balac (0100501)
*zbalac@pattakoslaw.com*

THE PATTAKOS LAW FIRM LLC
101 Ghent Rd., Fairlawn, Ohio 44333
P: 330.836.8533 | F: 330.836.8536

*Attorneys for Plaintiffs Ameer Alkayali, Weillin Feng and Kevin Kennelly*

**Certificate of Service**

The foregoing document was e-filed on April 1, 2026, using the Court's CM/ECF system, which will serve copies on all necessary parties.

*/s/ Zoran Balac*
*Attorneys for Plaintiffs Ameer Alkayali, Weillin Feng and Kevin Kennelly*